1  Z. Kathryn Branson
   Nevada Bar No. 11540
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:    702.862.8800
   Email:  kbranson@littler.com
5
   Brian L. Mosby (*Pro Hac Vice Admission*)
6  bmosby@littler.com
   LITTLER MENDELSON, P.C.
7  111 Monument Circle
   Suite 702
8  Indianapolis, Indiana 46204
   Telephone:  317.287.3600
9  Facsimile:   317.636.0712

10 Attorneys for Plaintiffs
   BANKERS LIFE AND CASUALTY COMPANY AND
11 BANKERS LIFE SECURITIES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY and BANKERS LIFE SECURITIES, INC., <br><br> Plaintiffs <br><br> v. <br><br> ANDRES SANCHEZ and BERENICE DIAZ, <br><br> Defendants | Case No. 2:22-cv-01474-CDS-DJA <br><br> **STIPULATION AND ORDER TO DIMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs BANKERS LIFE AND CASUALTY COMPANY and BANKERS LIFE SECURITIES, LLC ("Plaintiffs") and Defendants ANDRES SANCHEZ and BERENICE DIAZ ("Defendants"), hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law,

whether local, state, or federal, in any forum that would be available.

Dated: December 7, 2023

Respectfully submitted,

_____
Z. Kathryn Branson, ESQ.
Brian L. Mosby (*Pro Hac Vice Admission*)

Attorneys for Plaintiffs,
BANKERS LIFE AND CASUALTY COMPANY and BANKERS LIFE SECURITES, INC.

Dated: December 7, 2023

Respectfully submitted,

_____
ANDRES SANCHEZ

_____
BERENICE DIAZ

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 8, 2023

4880-6918-4405.1 / 054835-2145